Case 4:19-cv-01307 Document 46 Filed on 04/30/21 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL GREEN, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-19-1307 |
| AG EQUIPMENT COMPANY, | § § § | |
| Defendant. | § | |

### ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Document No. 28). Having considered the motion, submissions, and applicable law, the Court finds genuine issues of material fact preclude summary judgment.[1] Accordingly, the Court hereby

**ORDERS** that Defendant's Motion for Summary Judgment (Document No. 28) is **DENIED**.

---

[1] The Court notes Defendant AG Equipment Company ("AG") objects to the Court's consideration of prior statements as to a different former employee made by AG's owner, Grady Ash ("Ash"), as evidence of discriminatory animus. The Court did not consider Ash's prior statements when ruling on the motion. Thus, the Court need not address AG's objection at this time.

SIGNED at Houston, Texas, on this __30__ day of April, 2021.

_____
DAVID HITTNER
United States District Judge